■ PATRICIA PARKER, Respondent, v TERRI CONNON, Appellant. (Appeal No. 2.) [612 NYS2d 978] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v*

*Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order and Judgment of Supreme Court, Monroe County, Cornelius, J.—Assault.) Present—Callahan, J. P., Pine, Fallon, Doerr and Davis, JJ.